UNITED STATE DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Danny M. Kelly, pro se )<br>26 School St. )<br>Chelmsford, MA 01863   Plaintiff )<br>v. )<br>Town of Chelmsford )<br>50 Billerica Rd. )<br>Chelmsford, MA 01824   Defendant ) | 1:15-cv-14219-ABD |

**PLAINTIFF'S SETTLEMENT PROPOSAL**

I want the Town to guarantee that it will not allow religious display on any of its property. When a religious display is identified on Town property, it will immediately be removed and no sanctions will be placed upon the complaining party(s).

Further I am requesting a minimum of $1 million in compensation to offset the cost, fines, future fines, and costs associated with the abuses of the Town. Alternatively, this money may be put into an escrow account that my family and me may use for legal costs and fines associated with protecting our rights secured by the Constitution and federal law.

I hereby certify that on 3/28/16,
I served a true copy of this document,
by first class mail to the Defendant.

*[signature]* pro se

*[signature]*
Danny M. Kelly, pro se
26 School St.
Chelmsford, MA 01863
1-978-251-8989